No. 88–5014.  GOMEZ *v.* UNITED STATES; and

No. 88–5158.  CHAVEZ-TESINA *v.* UNITED STATES.  C. A. 2d Cir.  Motions of petitioners for leave to proceed *in forma pauperis* granted.  Certiorari granted, cases consolidated, and a total

of one hour allotted for oral argument.